

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT SMALLEY AND
CAREN SMALLEY                                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO.: 3:05cv646 HTW-JCS

H. B. FULLER COMPANY, ET AL.                                          DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day this case came on to be heard on the motion *Ore Tenus* of Plaintiffs, Robert Smalley and Caren Smalley, to dismiss all claims asserted against Defendants, H.B. Fuller Company, Acoustical Specialties & Supply, Inc., and John Does #1-50, in this action with prejudice. The Court being further advised that the parties have no objection to this motion finds that the Motion to Dismiss Defendants, H.B. Fuller Company, Acoustical Specialties & Supply, Inc., and John Does #1-50, with prejudice is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims in this matter asserted against Defendants, H.B. Fuller Company, Acoustical Specialties & Supply, Inc., and John Does #1-50, shall be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of November, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

_____
CHRISTOPHER G. WELLS (MSB #99705)
Attorney for H.B. Fuller Company

_____
EDWARD J. CURRIE, JR. (MSB #5546)
Attorney for Acoustical Specialties & Supply, Inc.

_____
MARK L. PEARSON (MSB #8748)
Attorney for Plaintiffs